HON. JUDGE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC QUINN FRANKLIN,<br><br>　　　　　Defendant. | No. CR11-5335 BHS<br><br>**ORDER OF CONTINUANCE<br>OF PRE-TRIAL MOTION<br>CUT-OFF DATE** |

　　This matter having been brought before the Court on Defendant Franklin's Agreed Motion by and through his attorney of record, Steven J. Krupa, this Court **HEREBY ORDERS** that the pre-trial motions cutoff date be continued from April 18th 2013 until May 14th 2013.

　　**DATED** this 16th day of April, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER FOR CONTINUANCE
OF PTM CUTOFF - 1

LAW OFFICES OF KRUPA & CLARK
705 S. 9TH ST., STE. 202
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330