UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR11-5335BHS |
| Plaintiff, ) | |
| ) | ORDER ALLOWING FILING OF |
| vs. ) | DOCUMENTS UNDER SEAL |
| ) | |
| ERIC QUINN FRANKLIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER having come on regularly before the above-entitled Court upon the Motion of Defendant, ERIC QUINN FRANKLIN, the Court finding it appropriate to allow the filing of the following documents under seal: Defendant's Sentencing Memorandum; now, therefore, it is hereby

ORDERED that the above document be filed under seal in this proceeding.

DATED this 3rd day of February, 2014

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by
/s/ Thomas A. Cena, Jr._____
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant

ORDER

THOMAS A. CENA, JR.
Attorney at Law
3929 Bridgeport Way W., #304
University Place, WA 98466
(253) 572-5120 Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com