UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC QUINN FRANKLIN,<br><br>    Defendant. | CASE NO. CR11-5335 BHS<br><br>ORDER DENYING DEFENDANT'S MOTION |

This matter comes before the Court on Defendant Eric Franklin's ("Franklin ") motion to correct/reconsider judgment or sentence (Dkt. 194).

On August 12, 2014, Franklin filed an appeal of his sentence and judgment. Dkt. 192. On August 22, 2014, Franklin filed the instant motion addressing the merits of his case. Dkt. 194.

Once an appeal is filed, the Court is divested of jurisdiction with a few limited exceptions. *See* Fed. R. Crim. P. 35 & 36. Franklin requests that Court address the merits of his case, which does not fall within the limited exceptions. Therefore, the Court **DENIES** Franklin's motion because it is divested of jurisdiction.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1