Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(TACOMA)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 11-5335-BHS |
| Plaintiff, | ) | **Order Re: Preparation of Transcripts of Ex Parte Hearings re Conflict with Counsel** |
| v. | ) | |
| ERIC QUINN FRANKLIN, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, for purposes of defendant's appeal now pending in the Ninth Circuit Court of Appeal, CA No. 14-30164, the court reporter should prepare and release to appellant's counsel only, for purposes of evaluating the appeal, the transcript of the following hearings related to predecessor counsel's motions to withdraw:

> May 14, 2012      Dkt 51
>
> May 17, 2012      Dkt 53
>
> August 23, 2012      Dkt 66
>
> October 5, 2012      Dkt 74

[Proposed] Order Re: Preparation of Transcripts

Davina T. Chen, Attorney at Law
P.O. Box 9176
Glendale, CA 91226
(323) 474-6390

1

2        May 20, 2013       Dkt 98

3        May 28, 2013       Dkt 99

4        August 19, 2013    Dkt 113

5

6              DATED this 17th day of September 2014.

7

8                                    _____
                                     BENJAMIN H. SETTLE
9                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    [Proposed] Order Re: Preparation of Transcripts                    Davina T. Chen, Attorney at Law
                                                                         P.O. Box 9176
                                                                         Glendale, CA 91226
                                                                         (323) 474-6390

                                        2