Judge Benjamin H. Settle

```
_____ FILED     _____ LODGED
          _____ RECEIVED
         NOV 21 2014
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(TACOMA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC QUINN FRANKLIN,<br><br>　　　　　Defendant. | NO. CR 11-5335-BHS<br><br>**Order Re: Preparation of Transcripts of Ex Parte Hearings re Conflict with Counsel** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, for purposes of defendant's appeal now pending in the Ninth Circuit Court of Appeal, CA No. 14-30164, the clerk of court should make available (either via e-mail or mailed paper copies) to appellant's counsel only, for purposes of evaluating the appeal, the following documents filed under seal:

Dkt 63:　　Affidavit in Support of Motion to Withdraw

Dkt 72:　　Affidavit in Support of Motion Allowing Withdrawal of Attorney

Dkt 111:　　LETTER by Eric Quinn Franklin re MOTION to Withdraw as Attorney submitted by attorney Thomas A. Cena, Jr.

Dkt 114:　　Letter to Court by Eric Quinn Franklin regarding attorney motion to withdraw

Dkt 142:　　SEALED DOCUMENT by Eric Quinn Franklin

[Proposed] Order Re: Sealed Documents

Davina T. Chen, Attorney at Law
P.O. Box 9176
Glendale, CA 91226
(323) 474-6390

| | |
|---|---|
| Dkt 163: | SEALED DOCUMENT by Eric Quinn Franklin re MOTION to Seal Document (Attachments: # 1 Exhibit) |
| Dkt 166: | Sealed LETTER from Eric Quinn Franklin re: Request to Reschedule 2/3/2014 Sentencing Hearing. (received after hearing) |

DATED this _2_ day of November 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

[Proposed] Order Re: Sealed Documents

Davina T. Chen, Attorney at Law
P.O. Box 9176
Glendale, CA 91226
(323) 474-6390