Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
(TACOMA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC QUINN FRANKLIN,<br><br>Defendant. | NO. CR 11-5335-BHS<br><br>**Order Re: Preparation of Transcripts of Ex Parte Hearings re Conflict with Counsel** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that, for purposes of defendant's appeal now pending in the Ninth Circuit Court of Appeal, CA No. 14-30164, the clerk of court should make available (either via email or mailed paper copies) to appellant's counsel only, for purposes of evaluating the appeal, the following documents filed under seal:

Dkt 36:   Affidavit in Support of Motion to Withdraw

Dkt 49:   Attached and Sealed Affidavit [referenced in Motion to Withdraw as Attorney and for Substitution of Counsel]

DATED this ___ day of April, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Order Re: Sealed Documents

Davina T. Chen, Attorney at Law
P.O. Box 9176
Glendale, CA 91226
(323) 474-6390